**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jason Allen Martin                 CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 23-13053 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LSF11 Master Participation Trust and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ **Mark A. Cronin**
                              Mark Cronin
                              16 Oct 2023, 13:46:50, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322