Pay Grp  FILE #            000000-000000
BSP   000250626
Dept: USSC001496-Manufacturing  General -

*Pepperidge Farm, Incorporated*
*D/B/A Campbell Snacks 856-342-3684*
*P.O. Box 5500*
*595 Westport*
*Norwalk, CT 06856*

# Earnings Statement

| | |
|---|---|
| | Page 001 of 002 |
| Period Beg/End: | 07/16/2023 - 07/29/2023 |
| Advice Date: | 08/04/2023 |
| Advice Number: | 0005422113 |
| Batch Number: | OTPG-2255 |

Jason Martin
137 Whitehorse Drive
Honey Brook, PA 19344

Pay Rate: $73,000.00 Annual
Emp ID:1000250626

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Reg Earning | 35.1000 | 80.00 | 2,807.70 | 4,211.55 |
| OT 1.5x | 49.2100 | 26.00 | 1,377.84 | 1,964.08 |
| OT Prem 1.0x | 35.5200 | 29.00 | 1,030.00 | 1,030.00 |
| OT Prem 0.5x | 17.7600 | 26.00 | 461.73 | 4,557.63 |
| Shift Bonus | 0.2500 | 68.25 | 17.07 | 284.38 |
| IMPINC Adj | 0.0000 | 0.00 | 5.95 | 6.00 |
| IMPINC/Life | 0.0000 | 0.00 | 4.80 | 59.50 |
| OT 1.5x | 49.2000 | -16.00 | -262.41 | 0.00 |
| MIP | | | | 125.00 |
| Vacation Pay | | | | 1,294.72 |
| Holiday Pay | | | | 1,800.32 |
| Regular Hour | | | | 38,305.26 |
| High5SpotH | | | | 125.00 |
| Multiple Earnings Summary | | | 0.00 | 291.42 |
| **Gross Pay** | | | **5,431.93** | **53,989.36** |
| **Taxes** | | | | |
| Federal Withholding | | | 507.98 | 3,082.89 |
| OASDI | | | 330.65 | 3,314.94 |
| State Tax - PA | | | 163.58 | 1,639.62 |
| City Tax - DWNGT | | | 80.00 | 101.06 |
| Medicare | | | 77.33 | 775.27 |
| SUI-Employee Paid - PA | | | 3.81 | 37.80 |
| PA LST - DWNGT | | | 2.00 | 2.00 |
| PA LST - ECOCA | | | 0.00 | 28.00 |
| City Tax - ECOCA | | | 0.00 | 700.96 |
| **Total Taxes** | | | **1,165.35** | **9,682.54** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 380.24 | 4,788.04 |
| Medical | 47.50 | 431.00 |
| Medical Adj | 47.50 | 47.50 |
| Dental | 4.00 | 56.00 |
| Dental Adj | 4.00 | 4.00 |
| Add Before-Tax | 6.62 | 49.52 |
| **Total Before-Tax** | **489.86** | **5,376.06** |
| **After-Tax Deductions** | | |
| 401(k) Loan | 165.68 | 1,424.63 |
| Vol Ep Life Adj | 11.29 | 11.29 |
| Vol Emp Life | 11.29 | 146.23 |
| Legal Plan | 10.88 | 152.32 |
| Legal Pl Adj | 10.88 | 10.88 |
| Vol AD&D Ins | 8.75 | 126.37 |
| Vol ADD Ins Adj | 8.75 | 5.01 |
| **Total After-Tax** | **227.52** | **1,876.73** |
| **Total Deductions** | **717.38** | **7,252.79** |
| Total Net Pay | 3,549.20 | 37,054.03 |
| Fed Txable Wages | 4,952.82 | 48,678.80 |
| Tot Hours Paid | 90.00 | 147.25 |

Unlimited Paid Sick Days Per Policy

© 2002 AutomaticData Processing (PCSUVO)

---

PEPPERIDGE FARM, Incorporated
856-342-3684
P.O. Box 5500
595 Westport
Norwalk, CT 06856

| | |
|---|---|
| Advice Number: | 0005422113 |
| Advice Date: | 08/04/2023 |

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Jason Martin | Checking XXXXXX4680 | $3399.20 |
| | Checking XXXXXXXX4025 | $150.00 |

# Earnings Statement

Pay Grp FILE #  000000-000000
BSP 000250626
Dept: USSC001496-Manufacturing General -

*Pepperidge Farm, Incorporated*
*D/B/A Campbell Snacks 856-342-3684*
*P.O. Box 5500*
*595 Westport*
*Norwalk, CT 06856*

Page 002 of 002
Period Beg/End: 07/16/2023 - 07/29/2023
Advice Date: 08/04/2023
Advice Number: 0005422113
Batch Number: OTPG-2255

**Jason Martin**
**137 Whitehorse Drive**
**Honey Brook, PA 19344**

Pay Rate: $73,000.00 Annual
Emp ID:1000250626

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Sick/Emerg | | | | 291.42 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Vision | 3.31 | 46.21 |
| Vision Adj | 3.31 | 3.31 |

**After-Tax Deductions**

**Taxes**



© 2002 AutomaticData Processing (PCSUVO)

```
Pay Grp  FILE #          000000-000000
BSP      000250626
Dept: USSC001496-Manufacturing  General -
```

# Earnings Statement

*Pepperidge Farm, Incorporated*
*D/B/A Campbell Snacks 856-342-3684*
*P.O. Box 5500*
*595 Westport*
*Norwalk, CT 06856*

Page 001 of 002
Period Beg/End:   07/30/2023 - 08/12/2023
Advice Date:      08/18/2023
Advice Number:    0005455220
Batch Number:     OTPG-2265

**Jason Martin**
137 Whitehorse Drive
Honey Brook, PA 19344

Pay Rate: $73,000.00 Annual
Emp ID:1000250626

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Reg Earning | 35.1000 | 80.00 | 2,807.70 | 7,019.25 |
| OT Prem 1.0x | 35.6200 | 60.00 | 2,137.27 | 3,912.73 |
| OT Prem 1.0x | 35.5000 | 21.00 | 745.46 | 0.00 |
| OT Prem 0.5x | 17.8100 | 37.00 | 658.99 | 5,518.36 |
| OT Prem 0.5x | 17.7500 | 17.00 | 301.74 | 0.00 |
| Shift Bonus | 0.2500 | 137.25 | 34.32 | 318.70 |
| IMPINC/Life | 0.0000 | 0.00 | 4.80 | 64.30 |
| Sick/Emerg | | | | 291.42 |
| High5SpotH | | | | 125.00 |
| Vacation Pay | | | | 1,294.72 |
| OT 1.5x | | | | 1,964.08 |
| MIP | | | | 125.00 |
| Regular Hour | | | | 38,305.26 |
| Multiple Earnings Summary | | | 0.00 | 1,806.32 |
| **Gross Pay** | | | **6,685.48** | **60,674.84** |

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| Federal Withholding | | 799.51 | 3,882.40 |
| OASDI | | 411.40 | 3,726.34 |
| State Tax - PA | | 203.56 | 1,843.18 |
| City Tax - DWNGT | | 99.53 | 200.59 |
| Medicare | | 96.21 | 871.48 |
| SUI-Employee Paid - PA | | 4.68 | 42.48 |
| PA LST - DWNGT | | 2.00 | 4.00 |
| PA LST - ECOCA | | 0.00 | 28.00 |
| City Tax - ECOCA | | 0.00 | 700.96 |
| **Total Taxes** | | **1,616.89** | **11,299.43** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 467.98 | 5,256.02 |
| Medical | 47.50 | 478.50 |
| Dental | 4.00 | 60.00 |
| Vision | 3.31 | 49.52 |
| Medical Adj | 0.00 | 47.50 |
| Add Before-Tax | 0.00 | 7.31 |
| **Total Before-Tax** | **522.79** | **5,898.85** |
| **After-Tax Deductions** | | |
| 401(k) Loan | 165.68 | 1,590.31 |
| Vol Emp Life | 11.29 | 157.52 |
| Legal Plan | 10.88 | 163.20 |
| Vol AD&D Ins | 8.75 | 135.12 |
| Vol ADD Ins Adj | 0.00 | 5.01 |
| Vol Ep Life Adj | 0.00 | 11.29 |
| Legal Pl Adj | 0.00 | 10.88 |
| **Total After-Tax** | **196.60** | **2,073.33** |
| **Total Deductions** | **719.39** | **7,972.18** |

Total Net Pay        4,349.20    41,403.23
Fed Txable Wages     6,167.49    54,846.29
Tot Hours Paid          80.00       227.25

Unlimited Paid Sick Days Per Policy

© 2002 AutomaticData Processing (FCSVVO)

---

**Pepperidge Farm, Incorporated**
856-342-3684
P.O. Box 5500
595 Westport
Norwalk, CT 06856

Advice Number:    0005455220
Advice Date:      08/18/2023

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Jason Martin | Checking  XXXXXX4680 | $4199.20 |
| | Checking  XXXXXXXX4025 | $150.00 |

```
Pay Grp   FILE #         000000-000000
BSP    000250626
Dept: USSC001496-Manufacturing   General -
```

# Earnings Statement

*Pepperidge Farm, Incorporated*
*D/B/A Campbell Snacks 856-342-3684*
*P.O. Box 5500*
*595 Westport*
*Norwalk, CT 06856*

```
                        Page 002 of 002
Period Beg/End:   07/30/2023 - 08/12/2023
Advice Date:      08/18/2023
Advice Number:    0005455220
Batch Number:     OTPG-2265
```

**Jason Martin**
**137 Whitehorse Drive**
**Honey Brook, PA 19344**

Pay Rate: $73,000.00 Annual
Emp ID:1000250626

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Holiday Pay | | | | 1,800.32 |
| IMPINC Adj | | | | 6.00 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Vision Adj | 0.00 | 3.31 |
| Dental Adj | 0.00 | 4.00 |

**After-Tax Deductions**

**Taxes**



© 2002 AutomaticData Processing (FCSVVO)

```
Pay Grp   FILE #        000000-000000
BSP       000250626
Dept: USSC001496-Manufacturing  General -
```

*Pepperidge Farm, Incorporated*
*D/B/A Campbell Snacks 856-342-3684*
*P.O. Box 5500*
*595 Westport*
*Norwalk, CT 06856*

# Earnings Statement

Page 001 of 002
Period Beg/End:  08/13/2023 - 08/26/2023
Advice Date:     09/01/2023
Advice Number:   0005486871
Batch Number:    OTPG-2281

**Jason Martin**
**137 Whitehorse Drive**
**Honey Brook, PA 19344**

Pay Rate: $73,000.00 Annual
Emp ID:1000250626

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Reg Earning | 35.1000 | 80.00 | 2,807.70 | 9,826.95 |
| OT Prem 1.0x | 35.5800 | 52.00 | 1,849.96 | 0.00 |
| OT Prem 1.0x | 35.6300 | 29.75 | 1,060.12 | 6,822.81 |
| OT Prem 0.5x | 17.7900 | 29.00 | 515.86 | 0.00 |
| OT Prem 0.5x | 17.8200 | 22.75 | 405.34 | 6,439.56 |
| Shift Bonus | 0.2500 | 130.00 | 32.51 | 351.21 |
| IMPINC/Life | 0.0000 | 0.00 | 4.80 | 69.10 |
| Sick/Emerg | | | | 291.42 |
| High5SpotH | | | | 125.00 |
| OT 1.5x | | | | 1,964.08 |
| Vacation Pay | | | | 1,294.72 |
| IMPINC Adj | | | | 6.00 |
| Holiday Pay | | | | 1,800.32 |
| Multiple Earnings Summary | | | 0.00 | 38,430.26 |
| **Gross Pay** | | | **6,671.49** | **67,346.33** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| Federal Withholding | | 757.92 | 4,640.32 |
| OASDI | | 410.53 | 4,136.87 |
| State Tax - PA | | 203.13 | 2,046.31 |
| City Tax - DWNGT | | 99.32 | 299.91 |
| Medicare | | 96.01 | 967.49 |
| SUI-Employee Paid - PA | | 4.67 | 47.15 |
| PA LST - DWNGT | | 2.00 | 6.00 |
| PA LST - ECOCA | | 0.00 | 28.00 |
| City Tax - ECOCA | | 0.00 | 700.96 |
| **Total Taxes** | | **1,573.58** | **12,873.01** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 467.00 | 5,723.02 |
| Medical | 47.50 | 526.00 |
| Dental | 4.00 | 64.00 |
| Vision | 3.31 | 52.83 |
| Dental Adj | 0.00 | 4.00 |
| Add Before-Tax | 0.00 | 50.81 |
| **Total Before-Tax** | **521.81** | **6,420.66** |
| **After-Tax Deductions** | | |
| 401(k) Loan | 165.68 | 1,755.99 |
| Vol Emp Life | 11.29 | 168.81 |
| Legal Plan | 10.88 | 174.08 |
| Vol AD&D Ins | 8.75 | 143.87 |
| Vol Ep Life Adj | 0.00 | 11.29 |
| Vol ADD Ins Adj | 0.00 | 5.01 |
| Legal Pl Adj | 0.00 | 10.88 |
| **Total After-Tax** | **196.60** | **2,269.93** |
| **Total Deductions** | **718.41** | **8,690.59** |

Total Net Pay      4,379.50    45,782.73
Fed Txable Wages   6,154.48    61,000.77
Tot Hours Paid        80.00       307.25

Unlimited Paid Sick Days Per Policy

© 2002 AutomaticData Processing (PCSUVO)

---

**Pepperidge Farm, Incorporated**
**856-342-3684**
P.O. Box 5500
595 Westport
Norwalk, CT 06856

Advice Number:  0005486871
Advice Date:    09/01/2023

**THIS IS NOT A CHECK**

| Deposited to the account of | | Account Number | Amount |
|---|---|---|---|
| Jason Martin | Checking | XXXXXXXX2667 | $3941.55 |
| | Checking | XXXXXX4680 | $387.95 |
| | Checking | XXXXXXXX4025 | $50.00 |

```
Pay Grp   FILE #        000000-000000
BSP       000250626
Dept:  USSC001496-Manufacturing  General -
```

*Pepperidge Farm, Incorporated*
*D/B/A Campbell Snacks 856-342-3684*
*P.O. Box 5500*
*595 Westport*
*Norwalk, CT 06856*

# Earnings Statement

| | |
|---|---|
| | Page 002 of 002 |
| Period Beg/End: | 08/13/2023 - 08/26/2023 |
| Advice Date: | 09/01/2023 |
| Advice Number: | 0005486871 |
| Batch Number: | OTPG-2281 |

**Jason Martin**
**137 Whitehorse Drive**
**Honey Brook, PA 19344**

Pay Rate: $73,000.00 Annual
Emp ID:1000250626

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| MIP | | | | 125.00 |
| Regular Hour | | | | 38,305.26 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Vision Adj | 0.00 | 3.31 |
| Medical Adj | 0.00 | 47.50 |

**After-Tax Deductions**

**Taxes**

© 2002 Automatic Data Processing (FCEUV0)

THIS IS NOT A CHECK

Pay Grp FILE # 000000-000000
BSP 000250626
Dept: USSC001496-Manufacturing General -

*Pepperidge Farm, Incorporated*
*D/B/A Campbell Snacks 856-342-3684*
*P.O. Box 5500*
*595 Westport*
*Norwalk, CT 06856*

# Earnings Statement

Page 001 of 002
Period Beg/End:   08/27/2023 - 09/09/2023
Advice Date:     09/15/2023
Advice Number:   0005513344
Batch Number:    OTPG-2294

Jason Martin
137 Whitehorse Drive
Honey Brook, PA 19344

Pay Rate: $73,000.00 Annual
Emp ID:1000250626

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Reg Earning | 35.1000 | 80.00 | 2,807.70 | 12,634.65 |
| OT Prem 1.0x | 35.5000 | 25.75 | 914.10 | 7,798.32 |
| OT Prem 0.5x | 17.7500 | 26.75 | 474.80 | 6,945.07 |
| OT 1.5x | 52.6400 | 6.50 | 342.14 | 2,306.22 |
| OT Prem 1.0x | 35.0900 | 1.75 | 61.41 | 0.00 |
| OT Prem 0.5x | 17.5400 | 1.75 | 30.71 | 0.00 |
| Shift Bonus | 0.2500 | 73.75 | 18.45 | 369.66 |
| IMPINC/Life | 0.0000 | 0.00 | 4.80 | 73.90 |
| MIP | | | | 125.00 |
| Sick/Emerg | | | | 291.42 |
| Holiday Pay | | | | 1,800.32 |
| IMPINC Adj | | | | 6.00 |
| High5SpotH | | | | 125.00 |
| Multiple Earnings Summary | | | 0.00 | 39,599.98 |
| **Gross Pay** | | | **4,649.31** | **71,995.64** |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding | 310.44 | 4,950.76 |
| OASDI | 285.16 | 4,422.03 |
| State Tax - PA | 141.05 | 2,187.36 |
| City Tax - DWNGT | 68.99 | 368.90 |
| Medicare | 66.69 | 1,034.18 |
| SUI-Employee Paid - PA | 3.25 | 50.40 |
| PA LST - DWNGT | 2.00 | 8.00 |
| PA LST - ECOCA | 0.00 | 28.00 |
| City Tax - ECOCA | 0.00 | 700.96 |
| **Total Taxes** | **877.58** | **13,750.59** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 325.45 | 6,048.47 |
| Medical | 47.50 | 573.50 |
| Dental | 4.00 | 68.00 |
| Vision | 3.31 | 56.14 |
| Medical Adj | 0.00 | 47.50 |
| Add Before-Tax | 0.00 | 7.31 |
| **Total Before-Tax** | **380.26** | **6,800.92** |
| **After-Tax Deductions** | | |
| 401(k) Loan | 165.68 | 1,921.67 |
| Vol Emp Life | 11.29 | 180.10 |
| Legal Plan | 10.88 | 184.96 |
| Vol AD&D Ins | 8.75 | 152.62 |
| Vol Ep Life Adj | 0.00 | 11.29 |
| Legal Pl Adj | 0.00 | 10.88 |
| Vol ADD Ins Adj | 0.00 | 5.01 |
| **Total After-Tax** | **196.60** | **2,466.53** |
| **Total Deductions** | **576.86** | **9,267.45** |

Total Net Pay    3,194.87    48,977.60
Fed Txable Wages 4,273.85   65,274.62
Tot Hours Paid      86.50      393.75

Unlimited Paid Sick Days Per Policy

© 2002 Automatic Data Processing (PCSUVO)

PEPPERIDGE FARM, Incorporated
856-342-3684
P.O. Box 5500
595 Westport
Norwalk, CT 06856

Advice Number:  0005513344
Advice Date:    09/15/2023

**THIS IS NOT A CHECK**

Deposited to the account of    Account Number    Amount
Jason Martin
Checking  XXXXXXXXX2667    $2875.38
Checking  XXXXXX4680       $269.49
Checking  XXXXXXXX4025     $50.00

```
Pay Grp   FILE #        000000-000000
BSP    000250626
Dept: USSC001496-Manufacturing    General -
```

*Pepperidge Farm, Incorporated*
*D/B/A Campbell Snacks 856-342-3684*
*P.O. Box 5500*
*595 Westport*
*Norwalk, CT 06856*

# Earnings   Statement

Page 002 of 002
Period Beg/End:    08/27/2023 - 09/09/2023
Advice Date:       09/15/2023
Advice Number:     0005513344
Batch Number:      OTPG-2294

Jason   Martin
137 Whitehorse  Drive
Honey Brook,  PA  19344

Pay Rate: $73,000.00  Annual
Emp ID:1000250626

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Vacation Pay | | | | 1,294.72 |
| Regular Hour | | | | 38,305.26 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Vision Adj | 0.00 | 3.31 |
| Dental Adj | 0.00 | 4.00 |

**After-Tax Deductions**

**Taxes**



© 2002 AutomaticData Processing (PCSUVO)

THIS IS NOT A CHECK

```
Pay Grp  FILE #           000000-000000
BSP     000250626
Dept: USSC001496-Manufacturing  General -
```

*Pepperidge Farm, Incorporated*
*D/B/A Campbell Snacks 856-342-3684*
*P.O. Box 5500*
*595 Westport*
*Norwalk, CT 06856*

# Earnings Statement

Page 001 of 002
Period Beg/End: 09/10/2023 - 09/23/2023
Advice Date: 09/29/2023
Advice Number: 0005544784
Batch Number: OTPG-2303

**Jason Martin**
**137 Whitehorse Drive**
**Honey Brook, PA 19344**

Pay Rate: $75,190.00 Annual
Emp ID:1000250626

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Reg Earning | 35.1000 | 80.00 | 2,807.70 | 15,442.35 |
| OT Prem 1.0x | 35.2400 | 53.25 | 1,876.38 | 0.00 |
| OT Prem 1.0x | 35.5400 | 27.00 | 959.50 | 10,634.20 |
| OT Prem 0.5x | 17.6200 | 29.25 | 515.35 | 0.00 |
| OT Prem 0.5x | 17.7700 | 22.25 | 395.35 | 7,855.77 |
| Shift Bonus | 0.2500 | 80.75 | 20.20 | 389.86 |
| Vacation Pay | | | | 1,294.72 |
| Regular Hour | | | | 38,305.26 |
| IMPINC Adj | | | | 6.00 |
| Holiday Pay | | | | 1,800.32 |
| High5SpotH | | | | 125.00 |
| IMPINC/Life | | | | 73.90 |
| OT 1.5x | | | | 2,306.22 |
| Multiple Earnings Summary | | | 0.00 | 416.42 |
| **Gross Pay** | | | **6,574.48** | **78,570.12** |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Withholding | 748.27 | 5,699.03 |
| OASDI | 407.62 | 4,829.65 |
| State Tax - PA | 201.84 | 2,389.20 |
| City Tax - DWNGT | 98.62 | 467.52 |
| Medicare | 95.33 | 1,129.51 |
| SUI-Employee Paid - PA | 4.60 | 55.00 |
| PA LST - DWNGT | 2.00 | 10.00 |
| PA LST - ECOCA | 0.00 | 28.00 |
| City Tax - ECOCA | 0.00 | 700.96 |
| **Total Taxes** | **1,558.28** | **15,308.87** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401(k) | 460.21 | 6,508.68 |
| Dental Adj | 0.00 | 4.00 |
| Vision Adj | 0.00 | 3.31 |
| Medical | 0.00 | 573.50 |
| Medical Adj | 0.00 | 47.50 |
| Add Before-Tax | 0.00 | 124.14 |
| **Total Before-Tax** | **460.21** | **7,261.13** |
| **After-Tax Deductions** | | |
| 401(k) Loan | 165.68 | 2,087.35 |
| Vol Emp Life | 0.00 | 180.10 |
| Vol ADD Ins Adj | 0.00 | 5.01 |
| Legal Pl Adj | 0.00 | 10.88 |
| Vol Ep Life Adj | 0.00 | 11.29 |
| Legal Plan | 0.00 | 184.96 |
| Vol AD&D Ins | 0.00 | 152.62 |
| **Total After-Tax** | **165.68** | **2,632.21** |
| **Total Deductions** | **625.89** | **9,893.34** |
| Total Net Pay | 4,390.31 | 53,367.91 |
| Fed Txable Wages | 6,114.27 | 71,388.89 |
| Tot Hours Paid | 80.00 | 473.75 |

Unlimited Paid Sick Days Per Policy

© 2002 AutomaticData Processing (FCSUVO)

---

Pepperidge Farm, Incorporated
856-342-3684
P.O. Box 5500
595 Westport
Norwalk, CT 06856

Advice Number: 0005544784
Advice Date: 09/29/2023

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Jason Martin | | |
| | Checking XXXXXX4680 | $389.03 |
| | Checking XXXXXXXX2667 | $3951.28 |
| | Checking XXXXXXXX4025 | $50.00 |

```
Pay Grp  FILE #        000000-000000
BSP     000250626
Dept: USSC001496-Manufacturing  General -
```

*Pepperidge Farm, Incorporated*
*D/B/A Campbell Snacks 856-342-3684*
*P.O. Box 5500*
*595 Westport*
*Norwalk, CT 06856*

# Earnings Statement

| | |
|---|---|
| | Page 002 of 002 |
| Period Beg/End: | 09/10/2023 - 09/23/2023 |
| Advice Date: | 09/29/2023 |
| Advice Number: | 0005544784 |
| Batch Number: | OTPG-2303 |

**Jason Martin**
**137 Whitehorse Drive**
**Honey Brook, PA 19344**

Pay Rate: $75,190.00 Annual
Emp ID:1000250626

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Sick/Emerg | | | | 291.42 |
| MIP | | | | 125.00 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| Vision | 0.00 | 56.14 |
| Dental | 0.00 | 68.00 |

**After-Tax Deductions**

**Taxes**

© 2002 AutomaticData Processing (PCPUVO)



THIS IS NOT A CHECK