**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Jason Allen Martin, | : | Chapter 13 |
| Debtor | : | Case No.: 23-13053-mdc |

<u>CERTIFICATE OF SERVICE</u>

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of claim no. 7 filed by debtor Jason Allen Martin on behalf of Brandywine Preserve HOA on January 31, 2024 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on January 31, 2024:*

Brandywine Preserve HOA
PO Box 72109
Thorndale, PA 19372

*Via Electronic Filing (ECF) on January 31, 2024:*

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

        **ROSS, QUINN & PLOPPERT, P.C.**

        By:    <u>/s/ Joseph Quinn</u>
                Joseph Quinn, Esquire
                192 S. Hanover Street, Suite 101
                Pottstown, PA 19464
                T: 610.323.5300
                F: 610.323.6081
                jquinn@rqplaw.com
Date: <u>January 31, 2024</u>      Counsel for Debtor