THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jason Allen Martin, | : | Chapter 13 |
| Debtor | : | Case No.: 23-13053-mdc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed January 31, 2024 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on January 31, 2024:*

Brandywine Preserve HOA
PO Box 72109
Thorndale, PA 19372

Abel Marin, Bank. Rep.
Santander Consumer USA Inc.
d/b/a Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161-1245

Northwestern Chester County
Municipal Authority
5277 Horseshoe Pike, Suite 103
Honeybrook PA 19344

David Unger, Jud Sale Coord.
Chester County Tax Claim Bureau
313 West Market Street
West Chester PA 19380

Unruh Turner Burke & Frees PC
PO Box 515
West Chester PA 19381

PNC Bank N.A.
6750 Miller Road
Brecksville OH 44141

All other creditors on the mailing matrix not otherwise notified by ECF

1

*Via Electronic Filing (ECF) on January 31, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of LSF11 Master Participation Trust
bkgroup@kmllawgroup.com

Mark A. Cronin, Esquire on behalf of LSF11 Master Participation
bkgroup@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                            **ROSS, QUINN & PLOPPERT, P.C.**

By:     */s/ Joseph Quinn*
         Joseph Quinn, Esquire
         192 S. Hanover Street, Suite 101
         Pottstown, PA 19464
         T: 610.323.5300
         F: 610.323.6081
         jquinn@rqplaw.com
Date: January 31, 2024     Counsel for Debtor