## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jason Allen Martin, | : | Chapter 13 |
| Debtor | : | Case No.: 23-13053-mdc |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed April 12, 2024 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on April 12, 2024:*

Brandywine Preserve HOA
PO Box 72109
Thorndale, PA 19372

Abel Marin, Bank. Rep.
Santander Consumer USA Inc.
d/b/a Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161-1245

Northwestern Chester County
Municipal Authority
5277 Horseshoe Pike, Suite 103
Honeybrook PA 19344

David Unger, Jud Sale Coord.
Chester County Tax Claim Bureau
313 West Market Street
West Chester PA 19380

Unruh Turner Burke & Frees PC
PO Box 515
West Chester PA 19381

PNC Bank N.A.
6750 Miller Road
Brecksville OH 44141

All other creditors on the mailing matrix not otherwise notified by ECF

*Via Electronic Filing (ECF) on April 12, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of LSF11 Master Participation Trust
bkgroup@kmllawgroup.com

William Edward Craig, Esquire on behalf of Santander Consumer USA dba Chrysler Capital
wcraig@egalawfirm.com, mortoncraigecf@gmail.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                                **ROSS, QUINN & PLOPPERT, P.C.**

                         By:     */s/ Joseph Quinn*
                                Joseph Quinn, Esquire
                                192 S. Hanover Street, Suite 101
                                Pottstown, PA 19464
                                T: 610.323.5300
                                F: 610.323.6081
                                jquinn@rqplaw.com
Date: April 12, 2024               Counsel for Debtor