# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jason Allen Martin<br>　　　　　　Debtor<br><br>LSF11 Master Participation Trust, its successors and/or assigns<br>　　　　　　Movant<br>　　vs.<br>Jason Allen Martin<br>　　　　　　Debtor<br><br>Kenneth E. West<br>　　　　　　Trustee | CHAPTER 13<br><br>NO. 23-13053 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of LSF11 Master Participation Trust, which was filed with the Court on or about November 28, 2023.

Dated: April 15, 2024

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Michael P. Farrington
　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322
　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com