IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JASON ALLEN MARTIN ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL ) | Case No.: 23-13053 (PMM) |
| **Moving Party** ) | |
| ) | |
| v. ) | **Hearing Date:  4-9-24 at 10:30 AM** |
| ) | |
| JASON ALLEN MARTIN ) | 11 U.S.C. 362 |
| **Respondent** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtor in settlement of the Motion For Stay Relief, and filed on or about April 24, 2024 in the above matter is APPROVED.

Dated: **April 26, 2024**

BY THE COURT:

_/s/ Patricia M. Mayer_
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE