## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jason Allen Martin,  :   Chapter 13
        Debtor  :   Case No.: 23-13053-pmm

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Third Amended Chapter 13 Plan dated and docketed July 10, 2024 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on July 10, 2024:*

Brandywine Preserve HOA
c/o Chris Nugent, President
110 Whitehorse Drive
Honeybrook, PA 19344

Abel Marin, Bank. Rep.
Santander Consumer USA Inc.
d/b/a Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161-1245

Northwestern Chester County
Municipal Authority
5277 Horseshoe Pike, Suite 103
Honeybrook PA 19344

David Unger, Jud Sale Coord.
Chester County Tax Claim Bureau
313 West Market Street
West Chester PA 19380

Unruh Turner Burke & Frees PC
PO Box 515
West Chester PA 19381

PNC Bank N.A.
6750 Miller Road
Brecksville OH 44141

All other creditors on the mailing matrix not otherwise notified by ECF

1

*Via Electronic Filing (ECF) on July 10, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of LSF11 Master Participation Trust
bkgroup@kmllawgroup.com

William Edward Craig, Esquire on behalf of Santander Consumer USA dba Chrysler Capital
wcraig@egalawfirm.com, mortoncraigecf@gmail.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                        **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        jquinn@rqplaw.com
Date: July 10, 2024        Counsel for Debtor