THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jason Allen Martin, | : | Chapter 13 |
| Debtor | : | Case No.: 23-13053-pmm |

### NOTICE OF CHANGE OF ADDRESS OF BRANDYWINE PRESERVE HOA

TO THE CLERK:

Kindly update the Court's records regarding Brandywine Preserve HOA, marked as claim no. 7, to reflect the current address for notice and payment, effective immediately, to:

Brandywine Preserve HOA
c/o Chris Nugent, President
110 Whitehorse Drive
Honeybrook, PA 19344

By: *(signature)*
Joseph L. Quinn, Esquire
ROSS, QUINN & PLOPPERT, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph; (610) 323-5300
jquinn@rqplaw.com

Date: July 10, 2024

JUL 15 2024