United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13053-pmm |
| Jason Allen Martin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 08, 2024 | Form ID: 155 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Allen Martin, 137 Whitehorse Drive, Honey Brook, PA 19344-1317 |
| 14821784 | + | Angela Rieck, Esq., AFR Law Office LLC, 135 E Grant St, Ste B, Lancaster, PA 17602-2809 |
| 14821785 | + | Brandywine Preserve HOA, PO Box 72109, Thorndale, PA 19372-0109 |
| 14821786 | + | Brandywine Preserve HOA, C/O Pennsylvania Management Team, Po Box 404, Elizabethtown, PA 17022-0404 |
| 14906629 | + | Brandywine Preserve HOA, c/o Chris Nugent, President, 110 Whitehorse Drive, Honeybrook, PA 19344-1317 |
| 14821787 | + | Buckley Brion et al, 118 W Market Street, Suite 300, West Chester, PA 19382-2902 |
| 14821791 | + | Keystone Crd, 664 Furnace Hills Pike, Lititz, PA 17543-8907 |
| 14823050 | + | LSF11 Master Participation, c/o MARK A. CRONIN, KML Law Group, P.C.,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14865216 | + | Santander Consumer Inc, c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14821798 | + | Unruh Turner Burke & Frees PC, PO Box 515, West Chester, PA 19381-0515 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14825719 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 08 2024 23:56:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14821788 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2024 00:21:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14825183 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 09 2024 00:05:19 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14821789 | ^ | MEBN | Aug 08 2024 23:50:14 | Chrysler Capital, Po Box 961211, Fort Worth, TX 76161-0211 |
| 14821790 | + | Email/Text: esther@cbhv.com | Aug 08 2024 23:56:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Road, Po Box 831, Newburgh, NY 12551-0831 |
| 14827438 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 08 2024 23:56:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14821792 | ^ | MEBN | Aug 08 2024 23:50:08 | KML Law Group, P.C., 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 14839262 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 08 2024 23:56:00 | LSF11 Master Participation Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14822987 | ^ | MEBN | Aug 08 2024 23:50:08 | LSF11 Master Participation Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14821793 | + | Email/Text: PHILAW@weltman.com | Aug 08 2024 23:56:00 | Michael J Dougherty, Esq., Weltman, Weinberg et al, 170 S Independence Mall West, Suite 874, Philadelphia, PA 19106-3323 |
| 14821794 | + | Email/Text: nccma@verizon.net | Aug 08 2024 23:56:00 | Northwestern Chester County Municipal Au, 5277 Horseshoe Pike, Suite 103, PO Box 308, Honey |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: 155 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14821795 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 08 2024 23:55:00 | PNC Bank NA, 6750 Miller Road, Brecksville, OH 44141 | |
| 14821796 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2024 00:03:39 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 | |
| 14837004 | ^ MEBN | Aug 08 2024 23:50:13 | PORTFOLIO RECOVERY ASSOCIATES, POB 41067, NORFOLK, VA 23541-1067 | |
| 14825718 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 08 2024 23:56:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 | |
| 14839577 | Email/Text: bankruptcy.accounts@wakeassoc.com | Aug 08 2024 23:55:00 | Schweiger Dermatology - Penn Centre for Derm LLC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 | |
| 14821797 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 08 2024 23:56:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 | |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Jason Allen Martin CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Jason Allen Martin<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−13053−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 8, 2024

                                                                                                             For The Court

                                                                                                             Patricia M. Mayer
                                                                                                             Judge, United States Bankruptcy Court