**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jason Allen Martin | CHAPTER 13 |
| Debtor(s) | |
| LSF11 Master Participation Trust | |
| Movant | |
| vs. | |
| | NO. 23-13053 PMM |
| Jason Allen Martin | |
| Debtor(s) | |
| Kenneth E. West | |
| Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, upon consideration of the Motion for Relief from Stay filed by LSF11 Master Participant Trust and failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 137 Whitehorse Drive, Honey Brook, PA 19344 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: October 22, 2024**

_Patricia M. Mayer_

_____

Hon. Patricia M. Mayer
United States Bankruptcy Judge.