United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jason Allen Martin  
    Debtor

Case No. 23-13053-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 20, 2025      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Allen Martin, 137 Whitehorse Drive, Honey Brook, PA 19344-1317 |
| 14821784 | + | Angela Rieck, Esq., AFR Law Office LLC, 135 E Grant St, Ste B, Lancaster, PA 17602-2809 |
| 14821785 | + | Brandywine Preserve HOA, PO Box 72109, Thorndale, PA 19372-0109 |
| 14821786 | + | Brandywine Preserve HOA, C/O Pennsylvania Management Team, Po Box 404, Elizabethtown, PA 17022-0404 |
| 14906629 | + | Brandywine Preserve HOA, c/o Chris Nugent, President, 110 Whitehorse Drive, Honeybrook, PA 19344-1317 |
| 14821787 | + | Buckley Brion et al, 118 W Market Street, Suite 300, West Chester, PA 19382-2902 |
| 14821791 | + | Keystone Crd, 664 Furnace Hills Pike, Lititz, PA 17543-8907 |
| 14823050 | + | LSF11 Master Participation, c/o MARK A. CRONIN, KML Law Group, P.C.,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |
| 14865216 | + | Santander Consumer Inc, c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14821798 | + | Unruh Turner Burke & Frees PC, PO Box 515, West Chester, PA 19381-0515 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 21 2025 00:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bk@szjlaw.com | Feb 21 2025 00:44:00 | Santander Consumer USA dba Chrysler Capital, 2860 Patton rd., Roseville, MN 55113-1100 |
| 14825719 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 21 2025 00:45:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14821788 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2025 03:02:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14825183 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 21 2025 03:02:02 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14821789 | ^ | MEBN | Feb 21 2025 00:35:25 | Chrysler Capital, Po Box 961211, Fort Worth, TX 76161-0211 |
| 14821790 | + | Email/Text: esther@cbhv.com | Feb 21 2025 00:45:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Road, Po Box 831, Newburgh, NY 12551-0831 |
| 14827438 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 21 2025 00:45:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14821792 | ^ | MEBN | Feb 21 2025 00:35:13 | KML Law Group, P.C., 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 14839262 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 21 2025 00:45:00 | LSF11 Master Participation Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 20, 2025 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14822987 | ^ | MEBN | Feb 21 2025 00:35:13 | LSF11 Master Participation Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14821793 | + | Email/Text: PHILAW@weltman.com | Feb 21 2025 00:45:00 | Michael J Dougherty, Esq., Weltman, Weinberg et al, 170 S Independence Mall West, Suite 874, Philadelphia, PA 19106-3323 |
| 14821794 | + | Email/Text: nccma@verizon.net | Feb 21 2025 00:45:00 | Northwestern Chester County Municipal Au, 5277 Horseshoe Pike, Suite 103, PO Box 308, Honey Brook, PA 19344-0308 |
| 14821795 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 21 2025 00:44:00 | PNC Bank NA, 6750 Miller Road, Brecksville, OH 44141 |
| 14821796 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2025 03:02:02 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14837004 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2025 03:01:43 | PORTIFOLIO RECOVERY ASSOCIATES, POB 41067, NORFOLK, VA 23541-1067 |
| 14825718 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 21 2025 00:45:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14839577 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 21 2025 00:44:00 | Schweiger Dermatology - Penn Centre for Derm LLC, c/o Wakefield & Associates, LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 14821797 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 21 2025 00:45:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Brandywine Preserve HOA, c/o Chris Nugent, President, 110 Whitehorse Drive, Honeybrook, PA 19344-1317 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Jason Allen Martin CourtNotices@rqplaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 20, 2025 | Form ID: pdf900 | Total Noticed: 30 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

ROBERT BRIAN SHEARER
    on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST rshearer@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA dba Chrysler Capital wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JASON  ALLEN MARTIN<br><br>                    Debtor | Chapter 13<br><br>Bankruptcy No. 23-13053-PMM |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
Bankruptcy Judge

**Date: February 20, 2025**